# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Eliexer C.-R.,

                                        Case No. 26-cv-03631 (ECT/ECW)

            Petitioner,

v.                                                    **ORDER**

Todd Blanche, U.S. Attorney General;
Markwayne Mullin, Secretary, U.S.
Department of Homeland Security; David
J. Venturella, Acting Director of
Immigration and Customs Enforcement;
David Easterwood, Acting Director, St.
Paul Field Office, Immigration and
Customs Enforcement; and Eric
Tollefson, Kandiyohi County Sheriff.

            Respondents.

---

IT IS HEREBY ORDERED THAT:

1.      Respondents are directed to file an answer to the petition for a writ of

        habeas corpus of petitioner Eliexer C.-R. within 14 days of this order

        certifying the true cause and proper duration of Petitioner's confinement

        and showing cause why the writ should not be granted in this case.

2.      Respondents' answer should include:

        a.      Such affidavits and exhibits as are needed to establish the lawfulness

                and correct duration of Petitioner's detention in light of the issues

                raised in the habeas petition;

1

b.   A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims; and

c.   Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.   If Petitioner intends to file a reply to respondents' answer, he must do so within 7 days of the date when the answer is filed.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: August 14, 2026

s/ *Elizabeth Cowan Wright*
Elizabeth Cowan Wright
United States Magistrate Judge